FILED
Sep 01 2020
4:38 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ soniad DEPUTY

ORDERED UNSEALED on 11/24/2025 s/ JulieOlser

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANK MAHONRI CRUZ-MARENTES,<br>aka "Coyote,"<br>aka "Daniel,"<br>Defendant. | Case No. '20 CR2682 GPC<br>I N D I C T M E N T<br>Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(B)(i), and 1956(a)(2)(B)(i) - Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Sec. 982 - Criminal Forfeiture |

The grand jury charges:

Beginning on a date unknown to the Grand Jury and continuing up to and including August 2020, within the Southern District of California and elsewhere, defendant FRANK MAHONRI CRUZ MARENTES, aka "Coyote," aka "Daniel," and others known and unknown to the Grand Jury, did knowingly and intentionally conspire together and with each other, and with other persons known and unknown to the Grand Jury,

a. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, drug trafficking, knowing that the transactions were designed in

BQ:nlv:San Diego:8/31/20

whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to wit: drug trafficking, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

b. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, that is, drug trafficking, and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

**FORFEITURE ALLEGATIONS**

1. The allegations contained above are realleged herein for purposes of seeking forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged above, said violation being punishable by imprisonment for more than one year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant FRANK MAHONRI CRUZ-MARENTES, aka "Coyote," aka "Daniel," shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offense, and any

property traceable to such property. The property to be forfeited includes, but is not limited to, $7,940,111 in U.S. currency previously seized.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 18, United States Code, Section 982.

DATED: September 1, 2020.

ROBERT S. BREWER, JR.
United States Attorney

By: ______________________
BLANCA QUINTERO
Assistant U.S. Attorney